UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

STEPHEN LOCURTO,                          :

                Plaintiff,    :    **O R D E R**

   - against -                          :    07 Civ. 8238 (NRB)

ANDREA M. LOCURTO, CLIFFORD V.            :
LOCURTO, AND CHARLES F.
LOCURTO, JR.,                             :

                Defendants.   :

----------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff commenced a lawsuit in this Court on September 21, 2007, alleging, <u>inter alia</u>, fraud, conversion, and unjust enrichment with respect to the purchase and potential sale of a residence located at 3099 Route 17-B, Cochecton, New York ("Sullivan County Residence"); and

    **WHEREAS** the Sullivan County Residence is the subject of a pending probate proceeding, relating to the estate of the plaintiff's father, before the Surrogate's Court for Sullivan County, State of New York; and

    **WHEREAS** plaintiff seeks a "Declaratory Judgment holding that plaintiff has a lawful interest in the property," and "a Preliminary Order prohibiting defendants from selling, trading, or otherwise disposing of the" Sullivan County Residence, it is hereby

    **ORDERED** that plaintiff show cause why this action, in whole or

in part, should not be dismissed for lack of subject matter jurisdiction because plaintiff seeks to reach a <u>res</u> in the custody of a state court, triggering the probate exception to federal subject matter jurisdiction, <u>Marshall v. Marshall</u>, 547 U.S. 293, 312 (2006), and it is further

**ORDERED** that plaintiff show cause why this action, in whole or in part, should not be dismissed or stayed because plaintiff seeks to interfere with pending parallel state litigation concerning a <u>res</u> over which the state court has assumed jurisdiction, <u>Colorado River Water Conservation Dist. v. United States</u>, 424 U.S. 800, 813-17 (1976), and it is further

**ORDERED** that plaintiff's opening brief on these issues is due no later than October 25, 2007, defendants' opposition briefs are due no later than November 15, 2007, and plaintiff's reply brief is due no later than November 29, 2007, and it is further

**ORDERED** that plaintiff provide the defendants with copies of the complaint in this action and this Order.

**SO ORDERED.**

DATED:   October 2, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Stephen Locurto
58095-053 USP Big Sandy
PO Box 2068
Inez, KY 41224

-and-

Clifford V. Locurto
C. Vincent Locurto, P.A.
2721 SE 15ᵗ St.
Pompano Beach, FL 33062-7506

-and-

Charles F. Locurto, Jr.
40 Westminster St.
Providence, RI 02903-2525

-and-

Charles F. Locurto, Jr.
36 Holiday Drive
Lincoln, RI 02865-2222